IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CRYSTAL BUSH**,

**Plaintiff,**

**v.**

**ORGANON USA, INC,**
**ORGANON INTERNATIONAL, INC,**
**and MERCK & CO., INC,**

**Defendants.**                                          **No. 10-0606-DRH**

## ORDER

**HERNDON, Chief Judge:**

On August 12, 2010, the Court entered an Order striking Plaintiff's complaint as she did not properly allege subject matter jurisdiction (Doc. 3). Further, the Court allowed her up to and including August 19, 2010 to file an amended complaint properly setting forth subject matter jurisdiction. As of this date, Plaintiff has not filed an amended complaint. Thus, the Court **DISMISSES without prejudice** Plaintiff's cause of action for lack of subject matter jurisdiction. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 23rd day of August, 2010.

/s/    *David R Herndon*
**Chief Judge**
**United States District Court**